In the Matter of the Claim of MORRIS KUSEL, Respondent, against EASTERN BRIDLE IRON & STEEL CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued May 21, 1940; decided June 11, 1940.

*George S. Collins* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. LEHMAN, Ch. J., and SEARS, J., dissent on the ground that there is neither finding nor testimony that the injury was caused by an accident.